EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Luis R. Torres Rodríguez | 2003 TSPR 41 <br><br> 158 DPR \_\_\_\_ |

Número del Caso: TS-4452


Fecha: 21 de marzo de 2003


Abogado de la Parte Peticionaria:
             Lcdo. Pedro J. Torres Marcano


Oficina del Procurador General:
             Lcda. Cynthia Iglesias Quiñones
             Procuradora General Auxiliar


Abogado de la Comisión de Reputación para el Ejercicio de la Abogacía:
             Lcdo. Alcides Oquendo Solís


Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía:
             Lcda. Belén Guerrero Calderón
             Lcdo. José Guillermo Vivas
             Lcdo. Carlos Víctor Dávila
             Lcdo. Doel Quiñones Núñez
             Lcdo. Héctor Saldaña Egozcue
             Lcda. Waleska Delgado Marrero
             Dr. Robert Stolberg


Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re

 Luis R. Torres Rodríguez                TS-4452




RESOLUCIÓN


San Juan, Puerto Rico, a 21 de marzo de 2003.

    Vista la *Solicitud de Reinstalación al Ejercicio de la Abogacía,* presentada por el Sr. Luis R. Torres Rodríguez el 11 de abril de 2002, la *Resolución* de la Comisión de Reputación de 26 de diciembre de 2002, la *Moción Informativa* de 6 de marzo de 2003, presentada por el Procurador General, y la *Moción en Auxilio de Jurisdicción* de 17 de marzo de 2003, se ordena la reinstalación del abogado de epígrafe.

    Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García no intervino.


                              Patricia Otón Olivieri
                           Secretaria del Tribunal Supremo